UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CHRIS SCHMITZ and LINDA SCHMITZ, on behave of themselves and their minor children, | ) ) ) ) | |
| Plaintiffs. | ) ) | |
| v. | ) ) | NO. 2:08-CV-87 |
| ALLSTATE INSURANCE COMPANY, | ) ) | |
| Defendant. | ) | |

## **ORDER of JUDGMENT**

This case came before the Court on the parties Notice of Settlement. It is **ORDERED** and **ADJUDGED** that the plaintiff's action be **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41.

ENTER:

s/J. RONNIE GREER<br>
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
    CLERK OF COURT